GORDON & SILVER, LTD.  
ERIC R. OLSEN, ESQ.  
Nevada Bar No. 3127  
E-mail: ero@gordonsilver.com  
THOMAS H. FELL, ESQ.  
Nevada Bar No. 3717  
E-mail: thf@gordonsilver.com  
3960 Howard Hughes Pkwy., 9th Floor  
Las Vegas, Nevada 89169  
Telephone (702) 796-5555  
Facsimile (702) 369-2666  
Attorneys for Hunt, Ortmann, Blasco,  
Palffy & Rossell, Inc.

E-Filed On 12-13-06

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

JIM L. SHETAKIS DISTRIBUTING CO.,  
dba SHETAKIS WHOLESALERS, INC.,

Debtor.

Case No.: 00-17939-LBR  
Chapter 11

**STANDARD DISCOVERY PLAN**

**SCHEDULING CONFERENCE**  
Date:   December 14, 2006  
Time:   10:30 a.m.

1. **Discovery Plan**

_____**Request for waiver of requirement to prepare and file a formal discovery plan.**

The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, **or**

   XX   **A discovery plan is needed or useful in this case.** Check one:

_____The parties agree to the standard discovery plan and scheduling order. The first defendant answered or otherwise appeared on _____.  Discovery shall be completed within _____ days, measured from the date the first defendant answered or otherwise appeared. Discovery will close by _____.

   XX   The parties jointly propose to the court the attached discovery plan and scheduling order. (Use Official Form 35 to the Federal Rules of Civil Procedure.)

_____The parties cannot agree on a discovery plan and scheduling order. The attached sets forth the parties' disagreements and reasons for each party's position. (Use Official

GORDON & SILVER, LTD.  
ATTORNEYS AT LAW  
NINTH FLOOR  
3960 HOWARD HUGHES PKWY  
LAS VEGAS, NEVADA 89109  
(702) 796-5555

100925-002/440676.doc

Form 35 of the Federal Rules of Civil Procedure.)

**Complete parts 2 – 6.**

2.  **Nature of the Case.**  Brief description of the nature of the case, i.e., dischargeability, denial of discharge, turn-over, contract, etc.  This case involves whether or not creditor Hunt Ortmann's claim is subject to the discharge injunction contained in this Court's confirmation order pursuant to 11 U.S.C. 1141.

3.  **Jury Trials**: Check one:

<u>XX</u>   A demand for a jury trial has not been made.

_____A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant to 28 U.S.C. § 157(e).

_____It is expressly understood by the undersigned parties they have demanded a jury trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a jury trial pursuant to 28 U.S.C. § 1 57(e).

An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before _____.

An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing on or before _____.

4.  **Additional Pleadings.**  Are there any counterclaims, crossclaims or amendments to the pleadings expected to be filed?

_____ Yes

<u>XX</u>     No

5.  **Settlement Conference.**

_____A settlement conference is requested.

If checked, a settlement conference is requested no earlier than _____.

<u>XX</u>   Settlement cannot be evaluated prior to additional discovery.  The parties may later request a settlement conference.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100925-002/440676.doc

2

1     6.    Trial.

2        The case should be ready for trial by March 1, 2007, and should take 1 day.

3     7.    All parties (consent/do not consent) to this court entering final judgment. (Circle

4  One).

5  Dated: 12/13/06                     Dated: December 12, 2006

6  Gordon & Silver, Ltd.                 Schwartzer & McPherson Law Firm

7

8  ERIC R. OLSEN, ESQ.                JEANETTE E. MCPHERSON, ESQ.
   THOMAS H. FELL, ESQ.              2850 S. Jones Blvd., Ste. 1
9  3960 Howard Hughes Pkwy., 9th Floor    Las Vegas, NV 89146
   Las Vegas, Nevada 89169             Counsel for Debtors
10 Counsel for Hunt Ortmann, Blasco,
   Palffy & Rossell, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
· NINTH FLOOR
60 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100925-002/440676.doc

3

GORDON & SILVER, LTD.
ERIC R. OLSEN, ESQ.
Nevada Bar No. 3127
E-mail: ero@gordonsilver.com
THOMAS H. FELL, ESQ.
Nevada Bar No. 3717
E-mail: thf@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Hunt, Ortmann, Blasco,
Palffy & Rossell, Inc.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JIM L. SHETAKIS DISTRIBUTING CO.,<br>dba SHETAKIS WHOLESALERS, INC.,<br><br>Debtor. | Case No.: 00-17939-LBR<br>Chapter 11<br><br>Scheduling Conference:<br><br>Date:  December 14, 2006<br>Time:  10:30 a.m. |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on December 12, 2006, and was attended by:

Jeanette E. McPherson, Esq. for Jim L. Shetakis Distributing ("Debtor");

Thomas H. Fell, Esq. for Hunt Ortmann Blasco Plasco Palffy & Rossell, Inc. ("Hunt Ortmann").

2. **Pre-discovery Disclosures**. The parties will exchange by December 20, 2006 the information required by Fed. R. Bankr. P. 7026(a)(1).

3. **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: When did Hunt Ortmann receive notice of Debtor's bankruptcy case, when did the Debtor become aware of Hunt Ortmann's claim, and what steps did Debtor take to include the claim in its bankruptcy, and when did Hunt Ortmann determine it had a claim against the Debtor.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100925-002/440680.doc

1  All discovery commenced in time to be completed by February 15, 2007.

2  Maximum of 25 interrogatories by each party to any other party. [Responses due 20 days
3 after service.]

4  Maximum of 25 requests for admissions by each party to any other party. [Responses due
5 20 days after service.]

6  Maximum of 7 depositions by plaintiff(s) and 7 by defendant(s).

7  Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

8  Supplementations under Rule 26(e) due within 15 days of receipt of the information
9 and/or documentation.

10  4. Other Items.

11  Final lists of witnesses and exhibits under Fed. R. Bankr. P. 7026(a)(3) should be due
12   from plaintiff(s) by 15 days prior to trial;
13   from Defendant(s) by 15 days prior to trial.

14  Parties should have 5 days after service of final lists of witnesses and exhibits to list
15 objections under Rule 26(a)(3).

16  The case should be ready for trial by March 1, 2007, and at this time is expected to take
17 approximately 1 day.

18  Dated this __13__ day of December, 2006.

19

20 Dated: _12-12-06_          Dated: _December 12, 2006_

21 Gordon & Silver, Ltd.         Schwartzer & McPherson Law Firm

22 ERIC R. OLSEN, ESQ.         JEANETTE E. MCPHERSON, ESQ.
  THOMAS H. FELL, ESQ.        2850 S. Jones Blvd., Ste. 1
23 3960 Howard Hughes Pkwy., 9th Floor    Las Vegas, NV 89146
  Las Vegas, Nevada 89169        Counsel for Debtors
24 Counsel for Hunt Ortmann, Blasco,
  Palffy & Rossell, Inc.

25

26

27

28

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100925-002/440680.doc

2

Received Time Dec.12. 3:16PM